```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                            Case No. 15-02206-HWV
Larae Nicole Moore                                                Chapter 13
       Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: MMchugh          Page 1 of 1           Date Rcvd: Dec 18, 2017
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2017.
          +Devlin Williams,    909 Silver Maple Circle,    Seven Valleys, PA 17360-8970

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Larae Nicole Moore dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-9, Asset-Backed Certificates,
               Series 2006-9 bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of
               Long Beach Mortgage Loan Trust 2006-9, Asset-Backed Certifi mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-9, Asset-Backed
               Certificates, Series 2006-9 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Larae Nicole Moore aka Larae Nicole Moore-Cross aka Larae Nicole Cross and<br>Devlin Williams, *Co-Debtor,*<br>   Debtor(s) | Chapter 13<br><br>Case No.: 1:15-bk-02206-RNO |
| Select Portfolio Servicing, Inc., as servicing agent for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-9, Asset-Backed Certificates, Series 2006-9,<br>   Movant,<br><br>Larae Nicole Moore aka Larae Nicole Moore-Cross aka Larae Nicole Cross and<br>Devlin Williams, *Co-Debtor,*<br>   Debtor(s) / Respondent(s)<br><br>and<br>Charles J. DeHart, III,<br>   Trustee / Respondent | |

**ORDER APPROVING LOAN MODIFICATION AGREEMENT**

  THIS MATTER having come before the Court upon the Motion of Select Portfolio Servicing, Inc., as servicing agent for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-9, Asset-Backed Certificates, Series 2006-9 for an Order approving a Loan Modification Agreement, attached hereto as Exhibit "A", executed by Debtor, Larae N. Moore and by Co-Debtor, Devlin Williams, on August 17, 2017, and the Chapter 13 Trustee and all parties who have filed a notice of appearance in the case having been given proper notice, and no objections having been filed, and

Case 1:15-bk-02206-HWV Doc 39 Filed 12/14/17 Entered 12/14/17 14:17:09 Desc
Main Document Page 1 of 3
Case 1:15-bk-02206-HWV Doc 42 Filed 12/20/17 Entered 12/21/17 00:48:37 Desc
Imaged Certificate of Notice Page 2 of 4

it appearing that said loan modification is proper and in the best interest of the Debtors and the estate, it is hereby

ORDERED as follows:

1. Movant's Motion is hereby granted and the Loan Modification Agreement attached to the Motion as Exhibit "A" is approved.

2. Movant's Mortgage secured by real property owned by the Debtors located at 909 Silver Maple Circle, Seven Valleys, PA 17360 and dated August 30, 2006 in the original principal amount of $483,057.00 is hereby modified in accordance with the terms set forth in the Loan Modification Agreement attached to the Motion as Exhibit "A".

3. In the event the loan modification is completed and the pre-petition arrears are capitalized into the loan, secured creditor shall amend the arrearage portion of its proof of claim to zero or withdraw the claim within thirty (30) days of completion of the loan modification;

4. The Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of the loan modification and all money that would otherwise be paid to secured creditor, be held until the arrearage portion of the claim is amended to zero or the claim is withdrawn, or the Trustee is notified by the secured creditor that the modification was not consummated;

5. In the event the modification is not consummated, the secured creditor shall notify the Trustee and Debtor's attorney of same. Any money that was held by the Trustee pending completion of the modification shall then be paid to secured creditor;

6. In the event the Proof of Claim is amended to zero or withdrawn, the Trustee may

disburse the funds being held pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

7. Debtor shall file an Amended Schedule J and Modified Plan within twenty (20) days of this Order;

8. Communication and/or negotiations between Debtors and mortgagees/mortgage servicers about loan modification shall not be deemed as violation of the automatic stay; and any such communication or negotiation shall not be used by either party against the other in any subsequent litigation.

Dated: December 14, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)