UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

LARAE NICOLE MOORE  Case No.: 1-15-02206-HWV
  Chapter 13

Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:** **MORTGAGE INFORMATION**
Creditor Name: SELECT PORTFOLIO SERVICING
Court Claim Number: 03
Last Four of Loan Number: 1955/PRE ARREARS/909 SILVER MAPLE CIRCLE
Property Address if applicable: 909 SILVER MAPLE CIRCLE, SEVEN VALLEYS, PA 17360

**PART 2:** **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages: $24850.41
b. Prepetition arrearages paid by the Trustee: $24850.41
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: $0.00
e. Allowed postpetition arrearage: $0.00
f. Postpetition arrearages paid by the Trustee: $0.00
g. Total b, d, f: $24,850.41

**PART 3:** **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:** **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: August 22, 2018                                  Respectfully submitted,

                                                             s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

LARAE NICOLE MOORE  Case No.: 1-15-02206-HWV
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 22, 2018, I served a copy of this Notice of Final Cure on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| LARAE NICOLE MOORE<br>909 SILVER MAPLE CIRCLE<br>SEVEN VALLEYS, PA 17360 | SERVED BY 1ST CLASS MAIL |
| SELECT PORTFOLIO SERVICING, INC<br>PO BOX 65250<br>SALT LAKE CITY, UT, 84165-0250 | SERVED BY 1ST CLASS MAIL |
| DAWN MARIE CUTAIA, ESQUIRE<br>115 EAST PHILADELPHIA STREET<br>YORK PA, 17401- | SERVED ELECTRONICALLY |

Date: August 22, 2018

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com