```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 15-02206-HWV
Larae Nicole Moore                                                  Chapter 13
         Debtor                  **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: LyndseyPr              Page 1 of 1              Date Rcvd: Oct 16, 2018
                            Form ID: fnldec              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db              +Larae Nicole Moore,    909 Silver Maple Circle,    Seven Valleys, PA 17360-8970

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Larae Nicole Moore dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-9, Asset-Backed Certificates,
               Series 2006-9 bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing
               agent for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of
               Long Beach Mortgage Loan Trust 2006-9, Asset-Backed Certifi mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew Christian Waldt    on behalf of Creditor   Deutsche Bank National Trust Company, as
               Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-9, Asset-Backed
               Certificates, Series 2006-9 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Larae Nicole Moore,<br>aka Larae Nicole Moore−Cross, aka Larae Nicole Cross, | Chapter 13 |
| **Debtor 1** | Case No. 1:15−bk−02206−HWV |

Social Security No.:
xxx−xx−0904

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: October 16, 2018

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

**fnldec** (05/18)